**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RONNIE D. GASTON,**

    **Petitioner,**

    v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

**CASE NO. 2:16-CV-00583
CRIM. NO. 2:12-CR-00030
JUDGE JAMES L. GRAHAM
Magistrate Judge Kimberly A. Jolson**

## OPINION AND ORDER

On August 19, 2016, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings recommending that this action be dismissed. (ECF No. 40.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 40) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

Date: September 13, 2016

                                                  _____s/James L. Graham_____
                                                  JAMES L. GRAHAM
                                                  United States District Judge